UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DNA SPORTS PERFORMANCE LAB, INC., et al.,

Plaintiffs,

v.

MAJOR LEAGUE BASEBALL, et al.,

Defendants.

No. C 20-00546 WHA

**ORDER RE MOTION TO COMPEL APPELLANT TO PRODUCE TRANSCRIPTS AND SANCTIONS**

Defendant-appellees move for an order compelling plaintiff-appellants to produce requisite transcripts of the proceedings for their appeal (Dkt. No. 113). *See* FRAP 10; C.R. 10-3.1. When ruling on a motion to compel an appellant to order transcripts, this order considers if the requested transcripts are necessary to the appeal or necessary for an informed analysis of the parties' positions, and other, relevant externalities, such as whether the party is *pro se*. *See OneWest Bank, FSB v. Farrar*, 19 F. Supp. 3d 1050, 1052–53 (D. Haw. 2014); C.R. 30-1.1.

Our court of appeals is in a better position to dictate the resolution of this procedural issue: it has already denied defendants' motion to dismiss the appeal for failure to prosecute; there are open questions as to whether plaintiffs have representation in the appellate case (they remain *pro se* in this Court); and if this order granted defendants' broad request for transcripts, plaintiffs (who have limited funds) may incur unnecessary expenses acquiring transcripts unnecessary for the appeal. The motion at the district court is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 14, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE