**ALTSHULER BERZON LLP**
Michael Rubin (State Bar No. 80618)
mrubin@altshulerberzon.com
Jeffrey B. Demain (State Bar No. 126715)
jdemain@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415-421-7151
Facsimile: 415-362-8064

Jeffrey D. Perconte (*pro hac vice*)
jperconte@mlbpa.org
Major League Baseball Players Association
12 East 49th Street
New York, NY 10017
Telephone: (212) 584-6516
Facsimile: (212) 584-6616

*Attorneys for Defendant*
*Major League Baseball Players Association*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEIMAN NIX, an individual; and DNA SPORTS PERFORMANCE LAB, INC., a Florida corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | Case No.: 3-20-cv-00546-WHA<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>**[Civil L.R. 7-11(f)]**<br><br>Date:  N/A<br>Time:  N/A<br>Courtroom:  Courtroom 12, 19th Floor<br>Judge:  Hon. William H. Alsup<br>Complaint Filed:  January 23, 2020 |

Pursuant to N.D. Cal. Local Rule 7-11, Defendant Major League Baseball Players Association ("MLBPA") hereby respectfully requests the Court to consider whether the document, entitled "Pro Se Plaintiff Nix's Affidavit," that is lodged under seal with this Administrative Motion should remain sealed. In Support of this Administrative Motion, MLBPA hereby states as follows:

1. MLBPA is filing this Administrative Motion pursuant to Local Rule 7-11(f) and also this Court's Order re Request for Accounting and to Show Cause, filed on July 25, 2022, Docket No. 144, which ordered in relevant part as follows:

> [Plaintiff Neiman] Nix must provide [the defendants] a sworn statement (i.e., under oath), that itemizes in detail any and all funds obtained from any and all sources since June 24, 2021. This must be done by AUGUST 22. The [defendants] shall update the Court as to whether Mr. Nix meets this deadline and *provide a copy of any documents (lodged conditionally under seal to permit Mr. Nix to follow our local rules and file a declaration explaining why the information should not be filed on the public docket).*

Docket No. 144 at 2:25 – 3:3 (emphasis added).

2. By filing this Administrative Motion, MLBPA is following the Court's July 25, 2022 Order, set forth above, to "provide a copy of any documents (lodged conditionally under seal to permit Mr. Nix to follow [the Court's] local rules and file a declaration explaining why the information should not be filed on the public docket)." *Id.*

3. Because Plaintiff Nix is not an ECF user in this case, I will cause him to be served via email and first class mail with this Administrative Motion and the lodged document on the same day that those documents are filed with the Court, pursuant to Local Rule 7-11(f)(2).

DATED: August 25, 2022.                Respectfully submitted,

                                        Michael Rubin
                                        Jeffrey B. Demain
                                        ALTSHULER BERZON LLP


                                 By: */s/ Jeffrey B. Demain*
                                        Jeffrey B. Demain (SBN 126715)

Jeffrey D. Perconte (*appearance pro hac vice*)
Major League Baseball Players Association

*Attorneys for Defendant*
*Major League Baseball Players Association*