UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DNA SPORTS PERFORMANCE LAB, INC., et al.,

    Plaintiffs,

v.

MAJOR LEAGUE BASEBALL, et al.,

    Defendants.

No. C 20-00546 WHA

**ORDER RE MOTION TO VACATE**

Plaintiffs' attorney, Lance D. Reich, moves to vacate the sanctions issued against him. This order is appropriate for disposition on the papers.

An October 2020 order granted the defendants Major League Baseball and Major League Baseball Player Association's motion finding that the complaint was baseless, and that Attorney Reich had failed to reasonably investigate the claims. The order sanctioned plaintiffs Neiman Nix and DNA Sports Performance Lab, Inc. and ordered them to pay the attorney's fees incurred by the League and Union (it held in abeyance the issue of Attorney Reich's liability) (Dkt. No. 66).

A February 2021 order held Mr. Nix and DNA Sports in civil contempt and found Attorney Reich jointly liable for sanctions imposed by the October 2020 order. The order explained that Attorney Reich "has been handsomely paid *and* secreted away funds," and thereafter continued frivolous lawsuits against the League and Union (Dkt. No. 93).

At a hearing on June 10, 2021, Attorney Reich was ordered to pay $1,000 a month in sanctions (June 10 Hrg Tr., Dkt. No. 120). The minute order stated that if counsel dutifully made these payments for one year, the sanctions might be vacated (Dkt. No. 114).

Attorney Reich has dutifully complied with the June order. He has made the twelve monthly payments. The League and Union have not opposed the instant motion. And, Attorney Reich states he has not received any new judicial sanctions since the February 2021 order (Reich Decl. ¶¶ 3–4, 6). This order finds that Attorney Reich has mitigated his misconduct in this action.

Attorney Reich's motion to vacate is **GRANTED** as to the February 2021 order (Dkt. No. 93) and the June 2021 minute order (Dkt. No. 114), but only as to his joint liability for the fee award. To be clear, this order does not affect prior orders sanctioning Mr. Nix and DNA Sports and finding them in civil contempt.

**IT IS SO ORDERED.**

Dated: August 31, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE