UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DNA SPORTS PERFORMANCE LAB, INC., et al.,

    Plaintiffs,

v.

MAJOR LEAGUE BASEBALL, et al.,

    Defendants.

No. C 20-00546 WHA

**ORDER DENYING MOTION RE SEALING**

A prior order told the League and Union to lodge conditionally under seal plaintiff's accounting of funds (Dkt. No. 144). The league duly filed a motion to consider whether another party's material should be sealed (Dkt. No. 146). Our Civil Local Rule 79-5(f)(3) gives the designating party seven days to file a declaration in support of sealing. Two weeks have now passed, and plaintiff has still not filed a supporting declaration. Accordingly, with no factual support justifying sealing of the material, *see Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), the motion is **DENIED** and the material will be placed on the public docket. **IT IS SO ORDERED.**

Dated: September 9, 2022.

                                                 WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE